# REMOVAL TO FEDERAL COURT

## <u>STATE COURT RECORD</u>

STATE OF INDIANA

Tippecanoe County Superior Court

79D01-2009-CT-000182

PETAR TCHOTROV

v.

ADAM J. RAUSCH and TRANSCORR, LLC d/b/a VENTURE LOGISTICS

USDC IN/ND case 4:21-cv-00010-TLS-APR document 1-1 filed 02/03/21 page 2 of 37

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Petar Tchotrov v. Adam J. Rausch, Transcorr, LLC d/b/a Venture Logistics

| Case Number | 79D01-2009-CT-000182 |
| --- | --- |
| Court | Tippecanoe Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 09/24/2020 |
| Status | 09/24/2020 , Pending  (active) |

## Parties to the Case

Defendant   Rausch, Adam J.

Address
9072 N 500W
New Richmond, IN 47967

Attorney
Robert R. Foos
*#2088545, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

Attorney
Lynsey David
*#3259449, Retained*

501 Indiana Avenue
STE 200
Indianapolis, IN 46202
317-237-0500(W)

Defendant   Transcorr, LLC d/b/a Venture Logistics

Address
c/o Evilsizor Process Servers LLC, Christine Petri
41 South Post Road
Indianapolis, IN 46219

<u>Attorney</u>
Robert R. Foos
*#2088545, Lead, Retained*

LEWIS & WAGNER, LLP
501 Indiana Avenue
Suite 200
Indianapolis, IN 46202
317-237-0500(W)

<u>Attorney</u>
Lynsey David
*#3259449, Retained*

501 Indiana Avenue
STE 200
Indianapolis, IN 46202
317-237-0500(W)

---

Plaintiff      Tchotrov, Petar

<u>Attorney</u>
Rom Byron
*#2126849, Retained*

Ken Nunn Law Office
104 Franklin Road
Bloomington, IN 47404
812-332-9451(W)

## Chronological Case Summary

| 09/24/2020 | **Case Opened as a New Filing** | |
|---|---|---|

| 09/25/2020 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint for Damages | |
| | Filed By: | Tchotrov, Petar |
| | File Stamp: | 09/24/2020 |

| 09/25/2020 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Tchotrov, Petar |
| | File Stamp: | 09/24/2020 |

| 09/25/2020 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Adam J. Rausch | |
| | Filed By: | Tchotrov, Petar |
| | File Stamp: | 09/24/2020 |

| 09/25/2020 | **Subpoena/Summons Filed** |
|---|---|

Summons to Transcorr, LLC

| Filed By: | Tchotrov, Petar |
|---|---|
| File Stamp: | 09/24/2020 |

| 10/30/2020 | **Appearance Filed** |
|---|---|

Appearance of RRF and LFD

| For Party: | Rausch, Adam J. |
|---|---|
| For Party: | Transcorr, LLC d/b/a Venture Logistics |
| File Stamp: | 10/30/2020 |

| 10/30/2020 | **Motion for Enlargement of Time Filed** |
|---|---|

Initial Motion for Automatic Enlargement of Time

| Filed By: | Rausch, Adam J. |
|---|---|
| Filed By: | Transcorr, LLC d/b/a Venture Logistics |
| File Stamp: | 10/30/2020 |

| 10/31/2020 | **Automated ENotice Issued to Parties** |
|---|---|

Motion for Enlargement of Time Filed ---- 10/30/2020 : Lynsey David;Robert R. Foos;Rom Byron

| 11/09/2020 | **Certificate of Service - separately filed** |
|---|---|

Return of Service for Transcorr LLC

| Filed By: | Tchotrov, Petar |
|---|---|
| File Stamp: | 11/09/2020 |

| 11/30/2020 | **Answer to a Complaint Filed** |
|---|---|

Defendants' Answer to Plaintiff's Complaint

| Filed By: | Rausch, Adam J. |
|---|---|
| Filed By: | Transcorr, LLC d/b/a Venture Logistics |
| File Stamp: | 11/30/2020 |

| 12/11/2020 | **Motion for Mediation Filed** |
|---|---|

Motion for Mediation

| Filed By: | Tchotrov, Petar |
|---|---|
| File Stamp: | 12/11/2020 |

| 12/11/2020 | **Motion Filed** |
|---|---|

Motion for Pre-trial Conf

| Filed By: | Tchotrov, Petar |
|---|---|
| File Stamp: | 12/11/2020 |

| 12/12/2020 | **Automated ENotice Issued to Parties** |
|---|---|

Motion for Mediation Filed ---- 12/11/2020 : Lynsey David;Robert R. Foos;Rom Byron Motion Filed ---- 12/11/2020 : Lynsey David;Robert R. Foos;Rom Byron

| 12/17/2020 | **Order Issued** |
|---|---|

Setting TSC

| Noticed: | Byron, Rom |
|---|---|
| Noticed: | David, Lynsey |
| Noticed: | Foos, Robert R. |
| Order Signed: | 12/17/2020 |

| 12/17/2020 | **Hearing Scheduling Activity** |
| | Telephonic Attorney Conference scheduled for 02/18/2021 at 1:30 PM. |

| 12/18/2020 | **Automated ENotice Issued to Parties** |
| | Order Issued ---- 12/17/2020 : Lynsey David;Robert R. Foos;Rom Byron Hearing Scheduling Activity ---- 12/17/2020 : Lynsey David;Robert R. Foos;Rom Byron |

| 01/12/2021 | **Witness and/or Exhibit List Filed** |
| | Plaintiff's Preliminary List of Witnesses and Exhibits |
| | Filed By:      Tchotrov, Petar |
| | File Stamp:      01/12/2021 |

| 02/18/2021 | **Telephonic Attorney Conference** |
| | Session: |
| |      02/18/2021 1:30 PM, Judicial Officer: Williams, Randy J |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Tchotrov, Petar

Plaintiff

**Balance Due** (as of 02/03/2021)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 09/25/2020 | Transaction Assessment | 157.00 |
| 09/25/2020 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

USDC IN/ND case 4:21-cv-00010-TLS-APR    document 1-1    filed 02/03/21    page 6 of 37

STATE OF INDIANA      )            IN THE TIPPECANOE      COURT
                       ) SS:
COUNTY OF TIPPECANOE)          CAUSE NO.

PETAR TCHOTROV

      VS.

ADAM J. RAUSCH and
TRANSCORR, LLC d/b/a Venture Logistics

## COMPLAINT FOR DAMAGES

    Comes now the Plaintiff, Petar Tchotrov, by counsel, Rom Byron of Ken Nunn Law Office, and for his cause of action against the Defendants, Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics, alleges and states as follows:

## STATEMENT AND JURISDICTION

    1.    This is a clear liability collision in which Defendants' tractor cab was negligently driven by Adam J. Rausch, causing a collision with the tractor trailer driven by Plaintiff, Petar Tchotrov.  As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage and other special expenses in an amount to be proven at trial of this cause.

    2.    Jurisdiction and venue are appropriate in Tippecanoe County, Indiana, as said collision occurred within the boundaries of Tippecanoe County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF PETAR TCHOTROV

    3.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

    4.    On or about August 5, 2020, the defendant, Adam J. Rausch, negligently drove a tractor cab, striking the tractor trailer driven by Plaintiff, Petar Tchotrov.

    5.    Defendant Adam J. Rausch had a duty to operate his tractor cab in a safe and reasonable manner.

6.    Defendant Adam J. Rausch failed in the above mentioned duties and is therefore negligent.

7.    Defendant Adam J. Rausch's negligence was the direct and proximate cause of Plaintiff's injuries.

8.    Plaintiff Petar Tchotrov's injuries and damages are permanent.

9.    As a direct and proximate result of Adam J. Rausch's negligence, Petar Tchotrov has suffered lost wages.

10.    Plaintiff, Petar Tchotrov, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11.    As a direct and proximate result of Adam J. Rausch's negligence, Petar Tchotrov has experienced physical and mental pain and suffering, lost wages, property damage, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF PETAR TCHOTROV

12.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13.    Adam J. Rausch violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14.    Defendant Adam J. Rausch's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15.    Defendant Adam J. Rausch is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF TRANSCORR, LLC d/b/a Venture Logistics

16.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17.     Defendant Adam J. Rausch was the employee, agent, servant, or independent contractor for Transcorr, LLC d/b/a Venture Logistics. Accordingly, Transcorr, LLC d/b/a Venture Logistics is vicariously liable for the acts of Defendant Adam J. Rausch for the causes of action above.

WHEREFORE, the Plaintiff, Petar Tchotrov, by counsel Rom Byron of Ken Nunn Law Office, demands judgment against the Defendants, Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY:    *s/ Rom Byron*
        Rom Byron, #21268-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: romb@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY:    *s/ Rom Byron*
        Rom Byron, #21268-49
        KEN NUNN LAW OFFICE
        104 South Franklin Road
        Bloomington, IN  47404
        Phone: (812) 332-9451
        Fax: (812) 331-5321
        E-mail: romb@kennunn.com

Rom Byron, #21268-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

## APPEARANCE FORM (CIVIL)
### Initiating Party

| | | |
|---|---|---|
| | CAUSE NO: | |
| 1. | Name of first initiating party | Petar Tchotrov<br>29170 Shiawassee Road<br>Farmington Hills, MI  48336-4955 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Rom Byron #21268-49<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:        812 332-9451<br>FAX:            812 331-5321<br>Email:  rom@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

 s/Rom Byron
_____
Attorney-at-Law
(Attorney information shown above.)

**79D01-2009-CT-000182**

Filed: 9/24/2020 9:33 PM
Clerk
Tippecanoe County, Indiana

USDC IN/ND case 4:21-cv-00010-TLS-APR document 1-1 filed 02/03/21 page 12 of 37
Tippecanoe Superior Court

CIRCUIT AND SUPERIOR COURTS FOR THE COUNTY OF TIPPECANOE
STATE OF INDIANA
COURTHOUSE, 301 MAIN STREET
LAFAYETTE, INDIANA 47901

Petar Tchotrov

Plaintiff(s)

VS.                                                                 No.

Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics

Defendant(s)

### SUMMONS

The State of Indiana to Defendant: **Adam J. Rausch, 9072 North 500W, New Richmond, IN 47967**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded. You have twenty-three (23) days to answer if this summons was received by mail. **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 9/25/2020

CLERK, TIPPECANOE CIRCUIT/SUPERIOR COURT

TIPPECANOE COUNTY CLERK
SEAL
INDIANA

ROM BYRON, #21268-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN 47404
TELEPHONE: (812)332-9451

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ____ day of _____, 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE: I designate the following mode of service to be used by the Clerk.

XX       By certified or registered mail with return receipt to above address.

☐       By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐       By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐       By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE


BY:    s/ ROM BYRON
           ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

      Dated this __ day of _____, 2020.

_____
CLERK, TIPPECANOE CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of ___ _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____, 2020, which copy is attached herewith.

_____
CLERK, TIPPECANOE CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __day of ____ _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Tippecanoe County, Indiana.

      Dated this __ day of _____, 2020.

_____
CLERK, TIPPECANOE CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.

    1.    By mailing a copy of the summons and complaint personally to _____ address _____.
    2.    By delivering a copy of summons and complaint personally to _____.
    3.    By leaving a copy of the summons and complaint at _____t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____h is last known address.
    4.    By serving his agent as provided by rule, statute or valid agreement to-wit:_____ ____.
    5.    Defendant cannot be found in my bailwick and summons was not served.

    And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:

    1.    By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
    2.    By leaving on the ___ day of _____, 2020 for each of the within named defendant(s)_____ _, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
    3.    _____a nd by mailing a copy of the summons without the complaint to _____a t _____t he last known address of defendant(s).

    All done in Tippecanoe County, Indiana.

Fees:  $_____

_____
SHERIFF or DEPUTY

CIRCUIT AND SUPERIOR COURTS FOR THE COUNTY OF TIPPECANOE
STATE OF INDIANA
COURTHOUSE, 301 MAIN STREET
LAFAYETTE, INDIANA  47901

Petar Tchotrov

Plaintiff(s)

VS.                                                 No.

Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics **(US DOT #670782)**

Defendant(s)

**SUMMONS**

The State of Indiana to Defendant: **Transcorr, LLC c/o Evilsizor Process Servers, LLC, Christine Petri, Express Process Service, Inc., 41 South Post Road, Indianapolis, IN 46219**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 9/25/2020

CLERK, TIPPECANOE CIRCUIT/SUPERIOR COURTS

ROM BYRON, #21268-49
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

TIPPECANOE COUNTY CLERK
SEAL
INDIANA

**ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____ 2020.

_____
SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX          By certified or registered mail with return receipt to above address.

☐          By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐          By _____ delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐          By serving his agent as provided by rule, statute or valid agreement, to-wit:

KEN NUNN LAW OFFICE

BY:_____ *s/ ROM BYRON*_____
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING:  I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

Dated this __ day of _____, 2020.

_____
CLERK, TIPPECANOE CIRCUIT/SUPERIOR COURTS

**RETURN OF SERVICE OF SUMMONS BY MAIL:**  I hereby certify that service of summons with return receipt requested was mailed on the __ day of ___ _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____, 2020, which copy is attached herewith.

_____
CLERK, TIPPECANOE CIRCUIT/SUPERIOR COURTS

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:**  I hereby certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __day of ____ _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Tippecanoe County, Indiana.

Dated this __ day of _____, 2020.

_____
CLERK, TIPPECANOE CIRCUIT/SUPERIOR COURTS

**RETURN OF SUMMONS:**  This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____t he dwelling house or usual place of abode of defendant:_____(Na me of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020 to _____h is last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____
____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

_____
SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:**  I hereby certify that I have served the within summons:
1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____ ̄, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ _____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____a nd by mailing a copy of the summons without the complaint to _____a t _____t he last known address of defendant(s).

All done in Tippecanoe County, Indiana.

Fees: $_____                                       _____
                                                    SHERIFF or DEPUTY

USDC IN/ND case 4:21-cv-00010-TLS-APR   document 1-1   filed 02/03/21   page 16 of 37

IN THE TIPPECANOE COUNTY SUPERIOR COURT

STATE OF INDIANA

| | |
|---|---|
| PETAR TCHOTROV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.: 79D01-2009-CT-000182 |
| v. | ) |
| | ) |
| ADAM J. RAUSCH and TRANSCORR, | ) |
| LLC d/b/a VENTURE LOGISTICS, | ) |
| | ) |
| Defendants. | ) |

**<u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>**

**Party Classification:** Initiating _____    Responding  _X_    Intervening _____

1.  The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

   **ADAM J. RAUSCH and TRANSCORR, LLC d/b/a VENTURE LOGISTICS**

2.  Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

   **Robert R. Foos, Jr.**          **Attorney #20885-45**
   **Lynsey F. David**            **Attorney #32594-49**
   LEWIS WAGNER, LLP            Phone:  (317) 237-0500
   501 Indiana Avenue, Suite 200      Fax:   (317) 630-2790
   Indianapolis, IN  46202          rfoos@lewiswagner.com
                        ldavid@lewiswagner.com

   **IMPORTANT**:  Each attorney specified on this appearance:
   (a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;
   (b)   **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and
   (c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      There are other party members: Yes _____ No _X_ (If yes, list on continuation page.)

4.      *If first initiating party filing this case,* the Clerk is requested to assign the case the following Case Type under Administrative Rule 8(b)(3): ___N/A___

5.      I will accept service by fax at the above noted number: Yes _____ No _X_
Counsel would represent to the court that fax service is acceptable in emergency situations.

6.      This case involves support issues.  Yes _____ No _X_ (If yes, supply social security numbers for all family members on continuation page.)

7.      There are related cases. Yes _____ No _X_ *(If yes, list* on continuation page.)

8.      This form has been served on all other parties.  Certificate of Service is attached.
Yes _X_   No _____

9.      Additional information required by local rule:_____

LEWIS WAGNER, LLP


By:     */s/ Lynsey F. David*_____
        ROBERT R. FOOS, JR., #20885-45
        LYNSEY F. DAVID, #32594-49
        ***Counsel for Defendants, Adam J. Rausch and***
        ***Transcorr, LLC d/b/a Venture Logistics***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 30, 2020, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
romb@kennunn.com
***Counsel for Plaintiff***

By: */s/ Lynsey F. David*
LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:     317-630-2790
RFoos@lewiswagner.com
ldavid@lewiswagner.com

3

IN THE TIPPECANOE COUNTY SUPERIOR COURT

STATE OF INDIANA

| | |
|---|---|
| PETAR TCHOTROV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO.: 79D01-2009-CT-000182 |
| v. | ) |
| | ) |
| ADAM J. RAUSCH and TRANSCORR, | ) |
| LLC d/b/a VENTURE LOGISTICS, | ) |
| | ) |
| Defendants. | ) |

### <u>INITIAL MOTION FOR AUTOMATIC ENLARGEMENT OF TIME</u>

Defendants, Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics, by counsel, pursuant to LR79-TR6(B)-(4) of the Tippecanoe County Local Rules, move the Court for an automatic 30-day enlargement of time to respond to Plaintiff's Complaint for Damages up to and including November 30, 2020.  In support thereof, Defendants state the following:

1.      Plaintiff's Complaint for Damages was filed on September 24, 2020.

2.      Defendant Transcorr LLC d/b/a Venture Logistics ("Venture") received a courtesy copy of the Complaint on October 5, 2020. Venture accepts service and now request an extension of time in which to respond to the Complaint.

4.      Plaintiff's counsel does not object to this Motion.

5.      Pursuant to LR79-TR6(B)-(4), no written order from the Court is required on this Motion; rather, the enlargement of time up to and including November 30, 2020 shall be automatically allowed.

WHEREFORE, Defendants, Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics, by counsel, pursuant to LR79-TR6(B)-(4) of the Tippecanoe County Local Rules, move the Court for an automatic 30-day enlargement of time to respond to Plaintiff's Complaint for Damages

through and including November 30, 2020, which enlargement of time shall be automatically allowed without the necessity of a Court Order.

LEWIS WAGNER, LLP

By:    */s/ Lynsey F. David*
ROBERT R. FOOS, JR., #20885-45
LYNSEY F. DAVID, #32594-49
**Counsel for Defendants, Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
romb@kennunn.com
**Counsel for Plaintiff**

By: */s/ Lynsey F. David*
LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:     317-237-0500
Facsimile:     317-630-2790
RFoos@lewiswagner.com
ldavid@lewiswagner.com

**UNITED STATES**
**POSTAL SERVICE**

Mailer: Ken Nunn Law Office

Date Produced: 11/02/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8321 9007 08. Our records indicate that this item was delivered on 10/26/2020 at 03:58 p.m. in INDIANAPOLIS, IN 46239. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.
This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

TRANSCORR LLC C/O EVILSIZOR PROCESS SERVERS LLC CHRISTINE PETRI EXPRESS PROCESS SERVICE INC
41 S POST RD
INDIANAPOLIS IN 46219-6807

Customer Reference Number:        C2289169.13029912

Return Reference Number:          P. Tchotrov

USPS MAIL PIECE TRACKING NUMBER: 42046219921489019403832190070 8

MAILING DATE:      09/28/2020
DELIVERED DATE:    11/02/2020
CUSTOM1:


MAIL PIECE DELIVERY INFORMATION:

TRANSCORR LLC C/O EVILSIZOR PROCESS SERVERS LLC CHRISTINE PETRI EXPRESS PROCESS SERVICE INC
41 S POST RD
INDIANAPOLIS IN 46219-6807


MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 09/28/2020 13:01 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 09/29/2020 21:42 | ORIGIN ACCEPTANCE | BLOOMINGTON,IN 47404 |
| 09/29/2020 22:57 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 10/05/2020 10:24 | FORWARDED | INDIANAPOLIS,IN 46219 |
| 10/10/2020 08:44 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 10/16/2020 08:53 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 10/19/2020 02:15 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 10/19/2020 10:32 | FORWARD EXPIRED | INDIANAPOLIS,IN 46219 |
| 10/24/2020 08:54 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 10/26/2020 01:38 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 10/26/2020 15:58 | DELIVERED TO AGENT FOR FINAL DELIVERY | INDIANAPOLIS,IN 46239 |
| 11/02/2020 10:01 | Delivered (system added) | |

IN THE TIPPECANOE COUNTY SUPERIOR COURT

STATE OF INDIANA

PETAR TCHOTROV,                        )
                                       )
                Plaintiff,             )
                                       )  CAUSE NO.:  79D01-2009-CT-000182
        v.                             )
                                       )
ADAM J. RAUSCH and TRANSCORR,          )
LLC d/b/a VENTURE LOGISTICS,           )
                                       )
                Defendants.            )

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, ADAM J. RAUSCH and TRANSCORR, LLC d/b/a VENTURE LOGISTICS,

by counsel, and for their Answer to Plaintiff's Complaint for Damages ("Complaint"), allege and

state as follows:

### STATEMENT AND JURISDICTION

1.      This is a clear liability collision in which Defendants' tractor cab was negligently

driven by Adam J. Rausch, causing a collision with the tractor trailer driven by Plaintiff, Petar

Tchotrov. As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property

damage and other special expenses in an amount to be proven at trial of this cause.

**ANSWER**:    Defendants deny the allegations contained in paragraph 1 of Plaintiff's

Complaint.


2.      Jurisdiction and venue are appropriate in Tippecanoe County, Indiana, as said

collision occurred within the boundaries of Tippecanoe County, State of Indiana.

**ANSWER**:    Defendants admit that this jurisdiction is a proper venue.

## **FIRST CAUSE OF ACTION**

NEGLIGENCE OF PETAR TCHOTROV

3.      Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

**ANSWER**:      Defendants incorporate by reference their responses to paragraphs 1-2.


4.      On or about August 5, 2020, the defendant, Adam J. Rausch, negligently drove a tractor cab, striking the tractor trailer driven by Plaintiff, Petar Tchotrov.

**ANSWER**:      Defendants deny the allegations contained in paragraph 4 of Plaintiff's Complaint.


5.      Defendant Adam J. Rausch had a duty to operate his tractor cab in a safe and reasonable manner.

**ANSWER**:      Defendants admit only those duties owed under Indiana law and deny any allegation contained in paragraph 5 of Plaintiff's Complaint that is inconsistent therewith.


6.      Defendant Adam J. Rausch failed in the above mentioned duties and is therefore negligent.

**ANSWER**:      Defendants deny the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.     Defendant Adam J. Rausch's negligence was the direct and proximate cause of Plaintiffs injuries.

**ANSWER**:   Defendants deny the allegations contained in paragraph 7 of Plaintiff's Complaint.


8.     Plaintiff Petar Tchotrov's injuries and damages are permanent.

**ANSWER**:   Defendants are without sufficient information to admit or deny the allegations contained in paragraph 8 of Plaintiff's Complaint.


9.     As a direct and proximate result of Adam J. Rausch' s negligence, Petar Tchotrov has suffered lost wages.

**ANSWER**:   Defendants deny the allegations contained in paragraph 9 of Plaintiff's Complaint.


10.     Plaintiff, Petar Tchotrov, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

**ANSWER**:   Defendants are without sufficient information to admit or deny the allegations contained in paragraph 10 of Plaintiff's Complaint.


11.     As a direct and proximate result of Adam J. Rausch's negligence, Petar Tchotrov has experienced physical and mental pain and suffering, lost wages, property damage, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

3

**ANSWER**:    Defendants deny the allegations contained in paragraph 11 of Plaintiff's Complaint.


## SECOND CAUSE OF ACTION

NEGLIGENCE PER SE OF PETAR TCHOTROV

12.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

**ANSWER**:    Defendants incorporate by reference their responses to paragraphs 1-11.


13.    Adam J. Rausch violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

**ANSWER**:    Defendants deny the allegations contained in paragraph 13 of Plaintiff's Complaint.


14.    Defendant Adam J. Rausch's statutory violations directly and proximately caused Plaintiffs damages and injuries.

**ANSWER**:    Defendants deny the allegations contained in paragraph 14 of Plaintiff's Complaint.


15.    Defendant Adam J. Rausch is negligent per se based on these statutory and regulatory violations.

**ANSWER**:    Defendants deny the allegations contained in paragraph 15 of Plaintiff's Complaint.

## **THIRD CAUSE OF ACTION**

RESPONDEAT SUPERIOR OF TRANSCORR, LLC d/b/a Venture Logistics

16.     Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

**ANSWER**:     Defendants incorporate by reference their responses to paragraphs 1-15.

17.     Defendant Adam J. Rausch was the employee, agent, servant, or independent contractor for Transcorr, LLC d/b/a Venture Logistics. Accordingly, Transcorr, LLC d/b/a Venture Logistics is vicariously liable for the acts of Defendant Adam J. Rausch for the causes of action above.

**ANSWER**:     Defendants admit that Adam J. Rausch was an employee of Transcorr, LLC d/b/a Venture Logistics on August 5, 2020. For the remaining allegations in paragraph 17, Defendants only admit duties under Indiana law, deny any inconsistent therewith, and deny that Adam J. Rausch has any responsibility for the "causes of the action above."

WHEREFORE, Defendants, ADAM J. RAUSCH and TRANSCORR, LLC d/b/a VENTURE LOGISTICS, by counsel, pray that Plaintiff take nothing by way of his Complaint, for the costs of the action, and all other just and proper relief.

LEWIS WAGNER, LLP

By:     */s/ Lynsey F. David*
        ROBERT R. FOOS, JR., #20885-45
        LYNSEY F. DAVID, #32594-49
        ***Counsel for Defendants, Adam J. Rausch and***
        ***Transcorr, LLC d/b/a Venture Logistics***

5

## **AFFIRMATIVE DEFENSES**

1.      Plaintiff's claim should be barred or reduced as a result of his own comparative fault, including but not limited to failure to mitigate any incurred risk.

2.      Plaintiff failed to mitigate his damages.

3.      For further response to Plaintiff's Complaint, Defendants specifically reserve the right to introduce into evidence proof of collateral source payments received by or on behalf of the Plaintiff pursuant to the applicable provisions of I.C. § 34-44-1-1, et seq., in the event it is subsequently determined that such payments were made and are an appropriate matter for consideration by the jury.

4.      That any and all damages and injuries complained of were proximately caused, in whole or in part, by the negligence and/or fault of unknown non-parties.

5.      Plaintiff's Complaint fails to state a claim upon which relief can be granted and should be dismissed.

6.      Plaintiff incurred or assumed the risk of his alleged injuries and damages and the claims of Plaintiff should be barred or reduced proportionately.

7.      Some or all of Plaintiff's alleged personal injuries may have been pre-existing or caused by another accident or traumatic event.

8.      Some or all of Plaintiff's medical expenses may have been reduced by write-offs, set-offs, and/or adjustments in accordance with *Stanley v. Walker* and/or *Patchett v. Lee*.

9.      Plaintiff may have been fully or partially compensated for his injuries and/or damages by third parties.

10.     Defendant Rausch encountered a sudden emergency not of his own making, and thus, the sudden emergency doctrine is applicable to this case in considering Defendant's actions and faults, if any.

11.     Defendants hereby reserve the right to assert any additional affirmative defenses, as they may become known through the course of discovery.

WHEREFORE, Defendants, ADAM J. RAUSCH and TRANSCORR, LLC d/b/a VENTURE LOGISTICS, by counsel, pray for judgment in their favor and against Plaintiff, for costs of this action, and all other relief proper in the premises.

LEWIS WAGNER, LLP


By:     /s/ Lynsey F. David
        ROBERT R. FOOS, JR., #20885-45
        LYNSEY F. DAVID, #32594-49
        *Counsel for Defendants, Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics*

7

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 30, 2020, a copy of the foregoing was served on the following parties electronically by using the Court's IEFS System and U.S. Postal Service, pre-paid delivery for those parties not yet registered:

Rom Byron
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
romb@kennunn.com
***Counsel for Plaintiff***

By: */s/ Lynsey F. David*　　　　　　　　　　　
　　LYNSEY F. DAVID

LEWIS WAGNER, LLP
Suite 200
501 Indiana Avenue
Indianapolis, IN 46202
Telephone:　317-237-0500
Facsimile:　317-630-2790
rfoos@lewiswagner.com
ldavid@lewiswagner.com

8

STATE OF INDIANA      )      IN THE TIPPECANOE SUPERIOR COURT 1
                          ) SS:
COUNTY OF TIPPECANOE      )        CAUSE NO. 79D01-2009-CT-000182

PETAR TCHOTROV

     VS.

ADAM J. RAUSCH and
TRANSCORR, LLC d/b/a Venture Logistics

## MOTION FOR MEDIATION ORDER

     Comes now the plaintiff, by counsel, Rom Byron, and respectfully requests that the Court enter an Order requiring the parties to mediate this case.

                     Respectfully submitted,
                     KEN NUNN LAW OFFICE

            BY:      */s/ Rom Byron*_____
                     Rom Byron, 21268-49
                     Attorney for Plaintiff, Petar S. Tchotrov

## CERTIFICATE OF SERVICE

     I hereby certify that I have mailed, personally delivered or filed electronically a copy of this motion to Robert  R. Foos, Lynsey F. David, LEWIS WAGNER, LLP, 501 Indiana Avenue, Suite 200, Indianapolis, IN  46202,  on this 11th day of December, 2020.

                     */s/ Rom Byron*_____
                     Rom Byron, 21268-49
                     Attorney for Plaintiff, Petar S. Tchotrov

Rom Byron, 21268-49
Attorney for Plaintiff, Petar S. Tchotrov
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Telephone: (812) 332-9451
Fax:  (812) 331-5321

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT I |
| | ) SS: | |
| COUNTY OF TIPPECANOE | ) | CAUSE NO.79D01-2009-CT-000182 |

PETAR S. TCHOTROV

     vs.

ADAM J. RAUSCH
VENTURE LOGISTICS

## MOTION FOR PRE-TRIAL CONFERENCE

    Comes now the plaintiff, by counsel, Rom Byron, and respectfully requests the Court to

set a telephonic pre-trial conference in this cause of action, in order to set appropriate trial

deadlines.                Respectfully submitted,
                         KEN NUNN LAW OFFICE

          BY:    */s/ Rom Byron*_____
                     Rom Byron, 21268-49
                     ATTORNEY FOR PLAINTIFF, Petar S. Tchotrov

## CERTIFICATE OF SERVICE

    I hereby certify that I have mailed, personally delivered or filed electronically a copy of
this motion to Robert  R. Foos; Lynsey F. David, LEWIS WAGNER, LLP,  501 Indiana Avenue,
Suite 200, Indianapolis, IN   46202 on this 11th day of December, 2020.

                   */s/ Rom Byon*_____
                   Rom Byron, 21268-49
                   Attorney for Plaintiff, Petar S. Tchotrov

Rom Byron, 21268-49
Attorney for Plaintiff, Petar S. Tchotrov
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404
Telephone: (812) 332-9451
Fax:  (812) 331-5321

| STATE OF INDIANA | ) | IN THE TIPPECANOE SUPERIOR COURT 1 |
|---|---|---|
| | ) | |
| COUNTY OF TIPPECANOE | ) | CASE NO:  79D01-2009-CT-000182 |

PETAR TCHOTROV

V.

ADAM J. RAUSCH, TRANSCORR, LLC D/B/A VENTURE LOGISTICS

## ORDER

The Court sets telephonic attorney conference for February 18, 2021 at 1:30 p.m. Counsel for Plaintiff to initiate the call to the parties and to the Court.

Copy to parties.

So ordered on this the 17th day of December, 2020. db

_____
Randy J Williams, Judge
Tippecanoe Superior Court 1

Filed: 1/12/2021 1:12 PM
Clerk
Tippecanoe County, Indiana

STATE OF INDIANA )   IN THE TIPPECANOE SUPERIOR COURT 1
                 )   SS:
COUNTY OF TIPPECANOE )   CAUSE NO. 79D01-2009-CT-000182

PETAR TCHOTROV

      VS.

ADAM J. RAUSCH and
TRANSCORR, LLC d/b/a Venture Logistics

## PLAINTIFF'S PRELIMINARY LIST OF WITNESSES AND EXHIBITS

### WITNESSES:

1.     Plaintiff, Petar Tchotrov

2.     Defendant, Adam J. Rausch

3.     Representative of Defendant, Transcorr, LLC d/b/a Venture Logistics

4.     Investigating Officer, A. Burton, ID #: 0338, Lafayette Police Department

The Plaintiff anticipates that his/her non-retained treating healthcare providers and/or retained expert(s) will testify as to both damages and causation, including, but not limited to diagnoses; prognoses; past, present, and future treatment and its costs; and permanency (if applicable), including a permanent partial impairment rating; injuries she claims to have sustained in the accident in question (which have been disclosed his/herein) were more than likely caused by the accident in question, and are permanent in nature, and that the treatment was reasonable and necessary; that the opinions will be based upon their examination of the Plaintiff and/or treatment records from his/her healthcare providers upon which they routinely rely, treatises, and their own education, training, and experience; render opinions and facts consistent with the records of treatment and/or any narrative report made by the his/her non-retained treating healthcare providers.   If the plaintiff retained a 26B4 expert, then that expert will rely on the above, and, in addition, his/her report and the opinions expressed therein.

5.     All treating physicians, Farmington Hills Center, 32961 Middlebelt Road, Farmington, MI 48334, (248) 855-1540

6.     All treating physicians, WB Clinic Orthopedics, 6777 West Maple Road, West Bloomfield, MI 48322, (800) 436-7936

7.     All treating physicians, Haller & Hug PC, 27555 Farmington Road, Suite 120, Farmington, MI 48334, (248) 477-5608

2

8.      All treating physicians, IU Health Arnett Hospital, 5165 Lafayette Lane, IN 47905, (765) 448-8000

9.      Physical therapists, Team Rehab, 27555 Farmington Road, Suite 140, Farmington, MI 48334, (248) 516-1300

10.      All treating medical providers that plaintiff has seen for injuries.

11.      Representative of Plaintiff's employer, Xfinity Freight, 26091 Sherwood Ave, Suite 114, Warren, MI 48091, (586) 883-6440

12.      Various lay witnesses, to be named later, will testify to the plaintiff's physical abilities before and/or after the incident.

13.      All witnesses listed by defendant.

14.      Additional witnesses may be listed by plaintiffs after discovery has been completed and prior to any deadlines set by the Court.

15.      Plaintiff reserves the right to call rebuttal witnesses.

## EXHIBITS:

1.      Accident report.

2.      Commercial Indiana Driver's Manual, as published by the Indiana Bureau of Motor Vehicles

3.      Federal Trucking Handbook

4.      Diagram of scene of incident.

5.      Medical records.

6.      Medical bills, if medical expenses are sought at trial.

7.      X-rays or other results of diagnostic tests.

8.      911 Calls and/or recordings

9.      Photographs or other depictions.

10.      Video relating to this cause.

3

11.     Video depictions/animations/stills of medical treatments and/or surgery performed or to be performed including but not limited to anatomical depictions of the human body and/or instrumentalities used or to be used in such treatments.

12.     Animation depicting how the incident occurred or an expert's opinion on how the incident occurred or might have occurred or similarly including but not limited to instrumentalities and persons and locations involved in the incident.

13.     Demonstrative aids and/or exemplars, including but not limited to photographs, website materials, Google Earth maps and street views or other computer assisted GPS location programs depicting locations.

14.     All exhibits listed by defendant

15.     Additional exhibits may be listed by plaintiffs upon completion of discovery and prior to any deadlines set by the Court

16.     Any and all documents or other materials utilized by any expert retained by defendant and/or plaintiff to testify in this cause of action.

17.     Any and all documents attached and/or referenced in defendant's discovery responses.


                                        Respectfully submitted,
                                        KEN NUNN LAW OFFICE


                        By:     */s/ Rom Byron*_____
                                        Rom Byron, #21268-49
                                        Attorney for Plaintiff, Petar Tchotrov

Rom Byron, #21268-49
Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451
Attorney for Plaintiff, Petar Tchotrov

4
## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of January, 2021 a copy of this document was filed electronically. Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system or by mail should counsel not be registered.

Robert R. Foos (#20885-45)
Lewis & Wagner, LLP
501 Indiana Ave, Suite 200
Indianapolis, IN 46202
Phone: (317) 237-0500
Fax: (317) 630-2790

Lynsey F. David (#32594-49)
Lewis & Wagner, LLP
501 Indiana Ave, Suite 200
Indianapolis, IN 46202
Phone: (317) 237-0500
Fax: (317) 630-2790

Respectfully submitted,
KEN NUNN LAW OFFICE

By:     */s/ Rom Byron*_____
Rom Byron, #21268-49
Attorney for Plaintiff, Petar Tchotrov

Rom Byron, #21268-49
Ken Nunn Law Office
Franklin Place
104 S. Franklin Road
Bloomington, IN 47404
Telephone (812) 332-9451
Attorney for Plaintiff, Petar Tchotrov