| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPPECANOE | COURT |
| | ) SS: | | |
| COUNTY OF TIPPECANOE | ) | CAUSE NO. | |

PETAR TCHOTROV

    VS.

ADAM J. RAUSCH and
TRANSCORR, LLC d/b/a Venture Logistics

## COMPLAINT FOR DAMAGES

    Comes now the Plaintiff, Petar Tchotrov, by counsel, Rom Byron of Ken Nunn Law Office, and for his cause of action against the Defendants, Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics, alleges and states as follows:

### STATEMENT AND JURISDICTION

    1.    This is a clear liability collision in which Defendants' tractor cab was negligently driven by Adam J. Rausch, causing a collision with the tractor trailer driven by Plaintiff, Petar Tchotrov. As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage and other special expenses in an amount to be proven at trial of this cause.

    2.    Jurisdiction and venue are appropriate in Tippecanoe County, Indiana, as said collision occurred within the boundaries of Tippecanoe County, State of Indiana.

### FIRST CAUSE OF ACTION

NEGLIGENCE OF PETAR TCHOTROV

    3.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

    4.    On or about August 5, 2020, the defendant, Adam J. Rausch, negligently drove a tractor cab, striking the tractor trailer driven by Plaintiff, Petar Tchotrov.

    5.    Defendant Adam J. Rausch had a duty to operate his tractor cab in a safe and reasonable manner.

6. Defendant Adam J. Rausch failed in the above mentioned duties and is therefore negligent.

7. Defendant Adam J. Rausch's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Petar Tchotrov's injuries and damages are permanent.

9. As a direct and proximate result of Adam J. Rausch's negligence, Petar Tchotrov has suffered lost wages.

10. Plaintiff, Petar Tchotrov, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11. As a direct and proximate result of Adam J. Rausch's negligence, Petar Tchotrov has experienced physical and mental pain and suffering, lost wages, property damage, and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF PETAR TCHOTROV

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Adam J. Rausch violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Adam J. Rausch's statutory violations directly and proximately caused Plaintiff's damages and injuries.

15. Defendant Adam J. Rausch is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF TRANSCORR, LLC d/b/a Venture Logistics

16. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17. Defendant Adam J. Rausch was the employee, agent, servant, or independent contractor for Transcorr, LLC d/b/a Venture Logistics. Accordingly, Transcorr, LLC d/b/a Venture Logistics is vicariously liable for the acts of Defendant Adam J. Rausch for the causes of action above.

WHEREFORE, the Plaintiff, Petar Tchotrov, by counsel Rom Byron of Ken Nunn Law Office, demands judgment against the Defendants, Adam J. Rausch and Transcorr, LLC d/b/a Venture Logistics for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage, and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Rom Byron*
Rom Byron, #21268-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: romb@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY: *s/ Rom Byron*
Rom Byron, #21268-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: romb@kennunn.com

Rom Byron, #21268-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff